IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.83.77.86

**ISP:** Optimum Online
**Physical Location:** Teaneck, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/28/2016 12:46:47 | 6BB42732D7C767D0288108DAE0B10DC300E6C2B3 | Cum For A Ride |
| 10/17/2016 13:22:32 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 10/02/2016 18:31:18 | 73BDAD534D4D8005F7EE0A268410B18134B19F1A | Aurora Wants It All |
| 08/30/2016 14:43:11 | 39DC3C289CE97E7A38C099003215842C5D351202 | Romance in the Garden |
| 08/18/2016 11:14:50 | C7F74FF984E25DDFCCEFCE07E956CD61DFFEB53B | Love Is Sexy |
| 08/18/2016 11:13:27 | D614DE65BC9CB76A68779DFC40891D4F0161A8BE | Blonde Teenage Dream |
| 08/15/2016 13:06:22 | 7B9E69CA2310A64CED0F6BC75BAD484B2243CC72 | Love Her Madly |
| 08/11/2016 21:46:31 | 0B85259686BA787B3D502270F935D6CDEA9145BB | Give Me More Part 2 |
| 08/10/2016 20:57:04 | 01AEF4F9B9F81B8562A225D55E0FBC7B158287A8 | Not Alone |
| 08/08/2016 12:49:10 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 06/10/2016 13:00:03 | 0C8822142374B28D538631C862493E59414AC737 | Blondes Have More Fun |
| 06/06/2016 13:29:27 | 4C9F51B3BEE0A82400CB4BF54064A8537D3435C8 | Stay With Me |
| 05/30/2016 15:05:46 | 5F283E485A612602DE7B4024F6DD879F44E3D78C | Like The First Time |
| 05/24/2016 12:50:09 | AE0776006AA2E072A1213DBE922731CCA42FBDC8 | In the Garden of Ecstasy |
| 05/10/2016 10:53:09 | C7ECEA50AF323F48B084FD3017DBB537A4EFE1B8 | Asstastic |
| 03/27/2016 14:17:27 | F8F0FA6E0E74CC0F49571B981C64E2937711AB23 | Twice as Nice |
| 03/24/2016 13:05:10 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |
| 03/21/2016 22:27:36 | 2AC96C21C21341823F035BA9536D6A654A195554 | Tropical Sexcapades |
| 03/02/2016 21:03:09 | E80D400A8552BEDB97ADB8286110E0545D07D54E | The Cock Teaser |
| 01/31/2016 14:15:58 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 12/14/2015 17:14:56 | 3B374D107182A44D8AC96EA664A09494DAB96466 | Perfect Timing |
| 12/13/2015 19:56:37 | 02ED3660EFD79D51A7C42E8FE7616DE924C79BE6 | Dangerous When Wet |

EXHIBIT A

CNJ623

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

CNJ623